

# NUMBER 13-18-00487-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE LONE STAR NATIONAL BANK

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Rodriguez, Contreras, and Benavides**
**Per Curiam Order**

Relator Lone Star National Bank filed a petition for writ of mandamus and motion for emergency temporary relief in the above cause on September 6, 2018. Through this original proceeding, relator seeks to compel the trial court to: (1) vacate an August 31, 2018 order requiring International Bank of Commerce to deposit funds into the registry of the court and allowing Armando Gomez to withdraw the funds; and (2) issue an order dismissing the underlying lawsuit in accordance with the motions for nonsuit filed by relator and International Bank of Commerce. Through its motion for emergency

temporary relief, relator seeks to stay the August 31, 2018 order pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency temporary relief, is of the opinion that the motion should be granted. The motion for emergency temporary relief is GRANTED and the trial court's order of August 31, 2018 is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, International Bank of Commerce and Armando Gomez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of September, 2018.

2